Motion Granted; Appeal Dismissed and Memorandum
Opinion filed May 6, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00306-CV

____________

 

SHERRY JOHNSON-OLBERDING, Appellant

 

V.

 

INTERNATIONAL INDUSTRIES AND CONSULTANTS, INC., Appellee

 



 

On Appeal from the
150th District Court

Bexar County,
Texas

Trial Court Cause
No. 2009-CI-15595

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 4, 2010.  On April 23, 2010, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

 Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Brown, Sullivan, and
Christopher.